| | |
|---|---|
| 1 | Jonathan A. Hendricks (SBN 173482) |
| 2 | DAVID ALLEN & ASSOCIATES<br>5230 Folsom Boulevard |
| 3 | Sacramento, California 95819<br>Telephone: (916) 455-4800 |
| 4 | Facsimile:   (916) 451-5687 |
| 5 | Attorneys for Plaintiff<br>LYNN LOWE |

Jonathan A. Hendricks (SBN 173482)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone: (916) 455-4800
Facsimile:   (916) 451-5687

Attorneys for Plaintiff
LYNN LOWE


Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA, erroneously sued and served
as UNUM LIFE INSURANCE COMPANY
OF AMERICA dba UNUMPROVIDENT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN LOWE,<br><br>        Plaintiff,<br><br>     v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA dba UNUMPROVIDENT,<br>and DOES 1 through 100,<br><br>        Defendant. | Case No. 2:05-CV-00368-WBS-GGH<br><br>**STIPULATION STAYING ALL PROCEEDINGS; [proposed] ORDER** |

Stipulation Staying All Proceedings; [proposed] Order - Case No. 2:05-CV-00368-WBS-GGH

Plaintiff LYNN LOWE and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate that this action be stayed pending completion of the reassessment of plaintiff's claim under the Regulatory Settlement Agreement between Unum Life Insurance Company of America and UnumProvident Corporation, on the one hand, and the Superintendent of the State of Maine Bureau of Insurance, the Commissioner of the Tennessee Department of Commerce and Insurance, the Commissioner of the Massachusetts Division of Insurance, the insurance regulators of the remaining states who agreed to the Regulatory Settlement Agreement, the New York Attorney General and the United States Department of Labor.

DATED: May 2, 2005                     DAVID ALLEN & ASSOCIATES

                                       By: **/s/ Jonathan A. Hendricks**
                                              Jonathan A. Hendricks

                                       Attorneys for Plaintiff
                                       LYNN LOWE

DATED: May 5, 2005                     GREEN & HUMBERT

                                       By: **/s/ Joanne M. Ryan**
                                              Horace W. Green
                                              Joanne M. Ryan

                                       Attorneys for Defendant
                                       UNUM LIFE INSURANCE COMPANY OF
                                       AMERICA, erroneously sued and served as
                                       UNUM LIFE INSURANCE COMPANY OF
                                       AMERICA dba UNUMPROVIDENT

**ORDER**

IT IS HEREBY ORDERED that this action is stayed pending completion of the reassessment of plaintiff's claim under the Regulatory Settlement Agreement and a status conference is set for November 21, 2005 at 9:00 a.m. The parties shall file a joint status conference statement 14 days prior to the status conference.  Plaintiff shall notify the Court that a reassessment determination has been made within thirty (30) days of receiving notification of the determination.

Dated:  May 11, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE