UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN LOWE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUM LIFE INSURANCE COMPANY ) <br> OF AMERICA dba UNUMPROVIDENT ) <br> and DOES 1 through 100, ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO. 2:05-CV-00368-WBS-GGH <br><br> [~~PROPOSED~~] **ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY'S FEES** |

Pursuant to Plaintiff's Motion for extension of time to file her Motion ATTORNEY'S FEES against Defendant UNUM, the court believes that good cause exists for the allowing the additional time due to extraordinary circumstances, and in the interests of judicial economy.

In accordance with the foregoing, IT IS HEREBY ORDERED

1. An extension of time to file her motion for attorney's fees is granted;

2. Plaintiff shall file the Motion for Attorney's Fees, attached as Exhibit "1" to Plaintiff's Motion for Extension of time, on or before October 29, 2007;

3. Defendants' response to the motion shall be filed on or before November 13, 2007;

4. Plaintiff's reply shall be filed on or before November 19, 2007; and

5. The motion for attorney's fees will be heard at 2:00 p.m. on November 26, 2007.

DATED: October 24, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE